FILED
2022 Sep-19 AM 07:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DEMARCUS RODGERS,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No.: 2:22-cv-504 AMM |
| **KRAFT HEINZ FOODS COMPANY,** | ) |
| **Defendant.** | ) |

## ORDER OF DISMISSAL

The court, having been advised that a settlement has been reached, dismisses this case without prejudice to reinstatement if any party represents to the court on or before Monday, November 21, 2022, that final settlement documentation could not be completed.

**DONE** and **ORDERED** this 19th day of September, 2022.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE