# IN IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT COURT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **DEMARCUS RODGERS, on behalf of himself and all others similarly situated,** )<br>)<br>)<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**KRAFT HEINZ FOODS COMPANY,** )<br>)<br>)<br>**Defendant.** )<br>) | Civil Action 2:22-cv-00504-AMM |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties to this action, Plaintiff, DeMarcus Rodgers, on behalf of himself and all others similarly situated, and Defendant, Kraft Heinz Foods Company, pursuant to ALA. R. CIV. P. 41(a)(1), and jointly file this Stipulation of Dismissal dismissing this action against Defendant Kraft Heinz Foods Company with prejudice against the refiling of Plaintiff's individual action and any individual claims, counterclaims, and cross claims which he could have filed in the present action. This dismissal is without prejudice to the claims and any potential claims of the putative class. Costs taxed as paid.

Respectfully submitted, this the 7th day of October, 2022.

/s/ Lloyd W. Gathings
Lloyd W. Gathings
Honora M. Gathings
Attorneys for Plaintiff

Of Counsel:
GATHINGS LAW
The Park Building at Magnolia Office Park
2140 11th Avenue South, Suite 210
Birmingham, Alabama 35205
lgathings@gathingslaw.com
hgathings@gathingslaw.com

        */s/ Dean N. Panos*
        Dean N. Panos

        */s/ Sara A. Ford*
        Sara A. Ford

        */s/ Samuel H. Franklin*
        Samuel H. Franklin
        Attorneys for Defendant

Of Counsel:
Dean N. Panos
Jenner&Block
353 N. Clark Street
Chicago, IL 60654
Dpanos@jenner.com

Sara A. Ford
Samuel H. Franklin
Lightfoot Law
The Clark Building
400 20th Street N,
Birmingham, AL 35203